**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

IN RE:

**CHRISTOPHER SCOTT FORD**

DEBTOR(S).

Case No: 2:26-bk-12720-NB

CHAPTER 13

**PROOF OF SERVICE OF NOTICE OF RESCHEDULED HEARING**

Docket # (16)

| In re: **CHRISTOPHER SCOTT FORD** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:26-bk-12720-NB** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described  as "**NOTICE OF RESCHEDULED HEARING**", Docket # (16) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/4/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

|X|   Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served ):
On 5/5/26, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

|X|   Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 5/4/26, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge  will be completed no later than 24 hours after the document is filed.

|X|   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/5/26 | Katherine Bamaca | *Katherine Bamaca* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**

| In re: **CHRISTOPHER SCOTT FORD** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **2:26-bk-12720-NB** |

## Service List

## Notice of Electronic Filing Service

| | |
|---|---|
| Sanaz Sarah Bereliani | berelianilaw@gmail.com;chris@berelianilaw.com;r48595@notify.bestcase.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Shane Hicks | shicks@zwickerpc.com |
| David S Hagen | davidhagenlaw@gmail.com;LawOfficesofDavidSHagenCA1@jubileebk.net |

## Email Service

| | |
|---|---|
| WELLS FARGO BANK, N.A. | Amex |
| FRANCHISE TAX BOARD | INTERNAL REVENUE SERVICE |
| BERELIANI LAW FIRM, PC | Los Angeles Division |
| CBE Group | Franchise Tax Board |
| Chase Card Services | Internal Revenue Service |
| JPMORGAN CHASE BANK, NA | Cbe Group |
| AMERICAN EXPRESS NATIONAL BANK, AENB | Sanaz Sarah Bereliani |
| Synchrony/PayPal Credit | Uline |
| Wells Fargo Bank NA | Synchrony/PayPal Credit |
| Tesla | Chase Card Services |
| Wells Fargo Bank NA | Amex |
| Christopher Scott Ford butterloveandhardwork@gmail.com | 360 Collection Inc. |
| AFM Legal PC | Aldous and Associates |
| Hiemet Gym | Lamill Coffee |
| Law Offices of Stephen N. Shapiro | MATTHEW FORD |
| Prospera Law, LLP | Radius Global Solutions |
| Second Round Limited Partnership | ULine |
| STEPHEN N. SHAPIRO | |

**U.S. Mail Service**

360 Collection Inc.
DBA SoCal Wrap and Tint
1875 Angus Ave Ste H
Simi Valley, CA 93063

AFM Legal PC
PO Box 736150
Chicago, IL 60673

Aldous and Associates
PO Box 171374
Salt Lake City, UT 84117

AMERICAN EXPRESS NATIONAL BANK, AENB
C/O ZWICKER & ASSOCIATES, P.C.
PO BOX 9043
ANDOVER, MA 01810

Amex
CorrespondenceBankruptcy
Po Box 981535
El Paso, TX 79998

Amex
P.o. Box 981537
El Paso, TX 79998

Cbe Group
131 Tower Park Drive Suite 100
Waterloo, IA 50704

CBE Group
Attn: Bankruptcy
PO Box 900
Waterloo, IA 50704

Chase Card Services
Attn: Bankruptcy
Po Box 15299
Wilmington, DE 19850

Chase Card Services
Po Box 15369
Wilmington, DE 19850

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Franchise Tax Board
Bankruptcy Section, MS: A-340
Po Box 2952
Sacramento, CA 95812-2952

Hiemet Gym
960 N La Brea Ave
Los Angeles, CA 90023

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA 19101-7317

JPMORGAN CHASE BANK, NA
S/B/M/T CHASE BANK USA, N.A.
PO BOX 15368
WILMINGTON, DE 19850

Lamill Coffee
1112 Westminster Ave
Alhambra, CA 91803

Law Offices of Stephen N. Shapiro
16830 Ventura Blvd., Suite 500
Encino, CA 91436

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012

MATTHEW FORD
C/O NICHOLAS A. SALICK, ESQ
SALICK FAMILY LAW GROUP, APLC
1801 CENTURY PARK EASTE, 25TH FL
LOS ANGELES, CA 90067

Prospera Law, LLP
1901 Avenue of the Stars, Suite 480
Los Angeles, CA 90067

Radius Global Solutions
c/o PatientFI LLC
PO Box 390905
Minneapolis, MN 55439

Sanaz Sarah Bereliani
Bereliani Law Firm, PC
12100 Wilshire Blvd, 8th Floor
Los Angeles, CA 90025

Second Round Limited Partnership
PO Box 41955
Po Box 1156
Austin, TX 78704

STEPHEN N. SHAPIRO
16830 VENTURA BLVD. SUITE 500
ENCINO, CA 91436

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896

Synchrony/PayPal Credit
Po Box 71727
Philadelphia, PA 19176

Tesla
45500 Fremont Blvd
Fremont, CA 94538

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

ULine
2200 S Lakeside Drive
Waukegan, IL 60085

Wells Fargo Bank NA
Attn: Bankruptcy
P.O.Box 393
Minneapolis, MN 55480

Wells Fargo Bank NA
Po Box 393
Minneapolis, MN 55480

WELLS FARGO BANK, N.A.
WELLS FARGO CARD SERVICES
PO BOX 9210
DES MOINES, IA 50306

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**

| | |
|---|---|
| In re:  **CHRISTOPHER SCOTT FORD** | CHAPTER:   13<br><br>CASE NUMBER:   **2:26-bk-12720-NB** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described  as "**NOTICE OF RESCHEDULED HEARING**", Docket # (16) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 5/4/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served )**:**
On 5/5/26, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒   Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL**  (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method ), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐   Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/5/26 | Robert J Wallace, Jr. | *See Attached Certificate of Service* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**

| In re:  **CHRISTOPHER SCOTT FORD** | CHAPTER:   13 |
|---|---|
| | CASE NUMBER:    **2:26-bk-12720-NB** |

**Service List**

**U.S. Mail Service**

360 Collection Inc.
DBA SoCal Wrap and Tint
1875 Angus Ave Ste H
Simi Valley, CA 93063

AFM Legal PC
PO Box 736150
Chicago, IL 60673

Aldous and Associates
PO Box 171374
Salt Lake City, UT 84117

AMERICAN EXPRESS NATIONAL BANK, AENB
C/O ZWICKER & ASSOCIATES, P.C.
PO BOX 9043
ANDOVER, MA 01810

Amex
CorrespondenceBankruptcy
Po Box 981535
El Paso, TX 79998

Amex
P.o. Box 981537
El Paso, TX 79998

Cbe Group
131 Tower Park Drive Suite 100
Waterloo, IA 50704

CBE Group
Attn: Bankruptcy
PO Box 900
Waterloo, IA 50704

Chase Card Services
Attn: Bankruptcy
Po Box 15299
Wilmington, DE 19850

Chase Card Services
Po Box 15369
Wilmington, DE 19850

FRANCHISE TAX BOARD
BANKRUPTCY SECTION MS A340
PO BOX 2952
SACRAMENTO, CA 95812-2952

Franchise Tax Board
Bankruptcy Section, MS: A-340
Po Box 2952
Sacramento, CA 95812-2952

Hiemet Gym
960 N La Brea Ave
Los Angeles, CA 90023

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

INTERNAL REVENUE SERVICE
PO BOX 7317
PHILADELPHIA, PA 19101-7317

JPMORGAN CHASE BANK, NA
S/B/M/T CHASE BANK USA, N.A.
PO BOX 15368
WILMINGTON, DE 19850

Lamill Coffee
1112 Westminster Ave
Alhambra, CA 91803

Law Offices of Stephen N. Shapiro
16830 Ventura Blvd., Suite 500
Encino, CA 91436

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012

MATTHEW FORD
C/O NICHOLAS A. SALICK, ESQ
SALICK FAMILY LAW GROUP, APLC
1801 CENTURY PARK EASTE, 25TH FL
LOS ANGELES, CA 90067

Prospera Law, LLP
1901 Avenue of the Stars, Suite 480
Los Angeles, CA 90067

Radius Global Solutions
c/o PatientFI LLC
PO Box 390905
Minneapolis, MN 55439

Sanaz Sarah Bereliani
Bereliani Law Firm, PC
12100 Wilshire Blvd, 8th Floor
Los Angeles, CA 90025

Second Round Limited Partnership
PO Box 41955
Po Box 1156
Austin, TX 78704

STEPHEN N. SHAPIRO
16830 VENTURA BLVD. SUITE 500
ENCINO, CA 91436

Synchrony/PayPal Credit
Attn: Bankruptcy
PO Box 965064
Orlando, FL 32896

Synchrony/PayPal Credit
Po Box 71727
Philadelphia, PA 19176

Tesla
45500 Fremont Blvd
Fremont, CA 94538

Uline
12575 Uline Drive
Pleasant Prairie, WI 53158

Wells Fargo Bank NA
Attn: Bankruptcy
P.O.Box 393
Minneapolis, MN 55480

WELLS FARGO BANK, N.A.
WELLS FARGO CARD SERVICES
PO BOX 9210
DES MOINES, IA 50306

ULine
2200 S Lakeside Drive
Waukegan, IL 60085

Wells Fargo Bank NA
Po Box 393
Minneapolis, MN 55480

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9013-3.1**

# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: Christopher Scott Ford

DEBTOR 2 NAME:

CASE NUMBER: 2612720

PRINT JOB ID:   265736

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on ___5/5/2026___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 5005-4(9)(b):

360 Collection Inc.;DBA SoCal Wrap and Tint;1875 Angus Ave Ste H;Simi Valley, CA  93063
AFM Legal PC;PO Box 736150;Chicago, IL  60673
AMERICAN EXPRESS NATIONAL BANK AENB;C/O ZWICKER & ASSOCIATES P.C.;PO BOX 9043;ANDOVER, MA  01810
Aldous and Associates;PO Box 171374;Salt Lake City, UT  84117
Amex;CorrespondenceBankruptcy;Po Box 981535;El Paso, TX  79998
Amex;P.o. Box 981537;El Paso, TX  79998
CBE Group;Attn: Bankruptcy;PO Box 900;Waterloo, IA  50704
Cbe Group;131 Tower Park Drive Suite 100;Waterloo, IA  50704
Chase Card Services;Attn: Bankruptcy;Po Box 15299;Wilmington, DE  19850
Chase Card Services;Po Box 15369;Wilmington, DE  19850
FRANCHISE TAX BOARD;BANKRUPTCY SECTION MS A340;PO BOX 2952;SACRAMENTO, CA  95812-2952
Franchise Tax Board;Bankruptcy Section MS: A-340;Po Box 2952;Sacramento, CA  95812-2952
Hiemet Gym;960 N La Brea Ave;Los Angeles, CA  90023
INTERNAL REVENUE SERVICE;PO BOX 7317;PHILADELPHIA, PA  19101-7317
Internal Revenue Service;P.O. Box 7346;Philadelphia, PA  19101-7346
JPMORGAN CHASE BANK NA;S/B/M/T CHASE BANK USA N.A.;PO BOX 15368;WILMINGTON, DE  19850
Lamill Coffee;1112 Westminster Ave;Alhambra, CA  91803
Law Offices of Stephen N. Shapiro;16830 Ventura Blvd. Suite 500;Encino, CA  91436
Los Angeles Division;255 East Temple Street;Los Angeles, CA  90012
MATTHEW FORD;C/O NICHOLAS A. SALICK ESQ;SALICK FAMILY LAW GROUP APLC;LOS ANGELES, CA  90067
Prospera Law LLP;1901 Avenue of the Stars Suite 480;Los Angeles, CA  90067
Radius Global Solutions;c/o PatientFI LLC;PO Box 390905;Minneapolis, MN  55439
STEPHEN N. SHAPIRO;16830 VENTURA BLVD. SUITE 500;ENCINO, CA  91436
Sanaz Sarah Bereliani;Bereliani Law Firm PC;12100 Wilshire Blvd 8th Floor;Los Angeles, CA  90025
Second Round Limited Partnership;PO Box 41955;Po Box 1156;Austin, TX  78704
Synchrony/PayPal Credit;Attn: Bankruptcy;PO Box 965064;Orlando, FL  32896
Synchrony/PayPal Credit;Po Box 71727;Philadelphia, PA  19176
Tesla;45500 Fremont Blvd;Fremont, CA  94538
ULine;2200 S Lakeside Drive;Waukegan, IL  60085
Uline;12575 Uline Drive;Pleasant Prairie, WI  53158
WELLS FARGO BANK N.A.;WELLS FARGO CARD SERVICES;PO BOX 9210;DES MOINES, IA  50306
Wells Fargo Bank NA;Attn: Bankruptcy;P.O.Box 393;Minneapolis, MN  55480
Wells Fargo Bank NA;Po Box 393;Minneapolis, MN  55480

By Electronic Transmittal :

By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___5/5/2026___

Signature : _____*Robert J. Wallace Jr.*_____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

# NOTICE OF RESCHEDULED 341(a) Meeting of Creditors ZOOM Meeting ID and Passcode

| | |
|---|---|
| IN RE:<br><br>**Christopher Scott Ford**<br><br><br><br>DEBTOR(S) | CHAPTER 13<br><br>CASE NO.: 2:26-bk-12720-NB<br><br>**CONTINUED 341(A)**<br><br>**DATE:**    **June 8, 2026**<br>**TIME**    **2:00 pm**<br><br>LOCATION:    ZOOM VIDEO MEETING<br>ZOOM MEETING ID: 846 017 0046<br>ZOOM PASSCODE: 9958780177 |

## MANDATORY DOCUMENTS DUE PRIOR TO 341(a) MEETING OF CREDITORS

Debtors must submit the following mandatory documents to their Bankruptcy Attorney prior to the 341(a) Meeting of Creditors:

- **Picture of your Social Security Card**
- **Picture of your Driver's License**
- **Evidence of your Bankruptcy Plan Payments**

Debtor attorneys can upload the required documents to the Chapter 13 Trustee on The Attorney Portal at LATrustee.com. Debtor attorneys must register online to use The Attorney Portal.  For more information, contact support@latrustee.com.

**FAILURE TO TIMELY ATTEND YOUR REMOTE 341(a) MEETING OF CREDITORS, SUBMIT THE MANDATORY DOCUMENTS OR TENDER YOUR BANKRUPTCY PLAN PAYMENTS TO THE CHAPTER 13 TRUSTEE MAY CAUSE YOUR BANKRUPTCY CASE TO GET DISMISSED.**

**Dated:  5/4/26**

**Kathy A. Dockery**
**Chapter 13 Trustee**