# RAMLO LAW

Kurt Ramlo (SBN 166856)
15021 Ventura Blvd. #544
Los Angeles, CA 91403
RamloLegal@gmail.com
Telephone: (310) 880-9208

Attorney for Creditor Matthew Peridis

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

In re

Christopher Scott Ford,

Debtor.

Case No. 2:26-bk-12720-NB

Hon. Neil Bason

Chapter 13

**Objection to Debtor's Proposed Chapter 13 Plan**

Hearing Date:  June 11, 2026
Hearing Time: 9:30 a.m.
Courtroom: 1545    Floor: 15th
Via ZoomGov Video
Via ZoomGov Telephone

Creditor Matthew Peridis respectfully objects to the Debtor's proposed Chapter 13 plan (DE 12, filed 4/3/26, (the "**Plan**"), as follows:

The Debtor apparently has not filed tax returns with the Internal Revenue Service or the Franchise Tax Board for tax years 2021, 2022, 2023, 2024, and 2025, although he indicates that he intends to file returns for 2024 and 2025 by June 1, 2026.  *See* FTB Proof of Claim (No. 1-1, filed 3/27/26); IRS Proof of Claim (No. 2-1, filed 4/2/26); Debtor's *Declaration re Filing of Tax Returns* (DE 13, filed 4/23/26).  Confirmation of the Plan cannot occur in these circumstances, even if he files the 2024 and 2025 returns seven days before the rescheduled 341 meeting or before the confirmation hearing.  *See* 11 U.S.C. § 1308(a) (requiring tax returns for 2022, 2023, 2024, and 2025 be filed with IRS and FTB by day before initial 341 meeting); § 1325(a) (permitting

confirmation if debtor complies with § 1308(a); § 1307(e) (requiring dismissal or conversion, if party or UST requests, for failure to file a tax return under § 1308); LBR 3015-1(c)(3) (allowing submission to trustee of most recent tax return at least seven days before initial 341 meeting to prove current income); LBR 3015-1(4)(c) (requiring submission to trustee of most recent tax returns, up to two years, if debtor is a self-employed business without employees (Debtor apparently contends that his catering business from October 2025 to the present is different than his catering business from 2016 to September 2025 despite identical names – SOFA 27 (DE 1, filed 3/23/26)); LBR 3015-1(5)(e) (requiring submission to trustee of most recent tax returns, up to three years, if debtor is a self-employed business with employees).

There are other defects in the Plan, but given that the Debtor must amend his Plan to account for likely unpaid taxes from his most recent tax periods, Creditor Peridis will await the filing of a new proposed Chapter 13 Plan (if the case is not first dismissed or converted) to file an objection with all applicable grounds for denying confirmation of that new proposed plan.

Dated: May 28, 2026

**RAMLO LAW**

By: */s/ Kurt Ramlo*
Attorney for Creditor Matthew Peridis

**Peridis Objection to Plan**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is 15021 Ventura Blvd. #544, Sherman Oaks, CA  90034.

A true and correct copy of the foregoing document entitled

## Objection to Debtor's Proposed Chapter 13 Plan

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document.  On **May 28, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Sanaz Sarah Bereliani    berelianilaw@gmail.com, chris@berelianilaw.com;r48595@notify.bestcase.com**
- **Kathy A Dockery (TR)    EFiling@LATrustee.com**
- **David S Hagen    davidhagenlaw@gmail.com, LawOfficesofDavidSHagenCA1@jubileebk.net**
- **Shane Hicks    shicks@zwickerpc.com**
- **United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov**

**2.  SERVED BY UNITED STATES MAIL**: On **May 28, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows.  Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **May 28, 2026**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

None.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 28, 2026 | Kurt Ramlo | /s/ Kurt Ramlo |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**