Certificate Number: 16339-CAC-DE-040923958

Bankruptcy Case Number: 26-12720



16339-CAC-DE-040923958

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 1, 2026</u>, at <u>3:21</u> o'clock <u>AM EDT</u>, <u>Christopher Ford</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Central District of California</u>.

Date:   <u>May 1, 2026</u>         By:    <u>/s/Kris Krumal</u>

                              Name:  <u>Kris Krumal</u>

                              Title:  <u>Certified Financial Counselor</u>