**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF RESCHEDULED HEARING

IN RE:

**Christopher Scott Ford**

DEBTOR(S)

CHAPTER 13

CASE NO.: 2:26-bk-12720-NB

**NOTICE OF RESCHEDULED CONFIRMATION HEARING**

DATE:     July 2, 2026
TIME       9:30 am
PLACE:   Roybal Building
              Courtroom 1545 15th Floor
              255 East Temple Street
              Los Angeles, CA 90012

**PLEASE TAKE NOTICE THAT the previously scheduled CONFIRMATION HEARING will now**

**occur at the time and place listed above.**

**Dated:  6/9/26**

**Kathy A. Dockery**
**Chapter 13 Trustee**