**KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
801 S. FIGUEROA ST., SUITE 1850
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION**

# NOTICE OF CONTINUED CONFIRMATION HEARING

| | |
|---|---|
| **IN RE:**<br><br> **Christopher Scott Ford**<br><br><br><br><br>DEBTOR(S) | CHAPTER 13<br><br>CASE NO.: 2:26-bk-12720-NB<br><br><br>**NOTICE OF CONTINUED CONFIRMATION HEARING**<br><br>DATE:      8/6/26<br>TIME        9:30 am<br>PLACE:   Roybal Building<br>            Courtroom 1545 15th Floor<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |

**TO DEBTOR, DEBTOR'S ATTORNEY, AND INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN that the confirmation hearing for the referenced case has been continued.  The hearing will occur at the time and place listed above.**

**Dated:  7/2/26**

_____
 **Kathy A. Dockery,  Chapter 13 Trustee**