**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**801 S. FIGUEROA ST., SUITE 1850**
**LOS ANGELES, CA 90017**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF CONTINUED CONFIRMATION HEARING

| IN RE: | CHAPTER 13 |
|---|---|
| **Christopher Scott Ford** | CASE NO.: 2:26-bk-12720-NB |
| | **NOTICE OF CONTINUED CONFIRMATION HEARING** |
| | DATE:     10/15/26 |
| | TIME      9:30 am |
| | PLACE:   Roybal Building |
| | Courtroom 1545 15th Floor |
| | 255 East Temple Street |
| DEBTOR(S) | Los Angeles, CA 90012 |

**TO DEBTOR, DEBTOR'S ATTORNEY, AND INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN that the confirmation hearing for the referenced case has been**

**continued.  The hearing will occur at the time and place listed above.**

**Dated:  8/6/26**

**Kathy A. Dockery,  Chapter 13 Trustee**