**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**400 CORPORATE POINTE SUITE 420**
**CULVER CITY, CA 90230**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

# NOTICE OF CONTINUED CONFIRMATION HEARING

| | |
|---|---|
| **IN RE:**<br><br>**Christopher Scott Ford**<br><br>DEBTOR(S) | CHAPTER 13<br><br>CASE NO.: 2:26-bk-12720-NB<br><br>**NOTICE OF CONTINUED CONFIRMATION HEARING**<br><br>DATE: 12/3/26<br>TIME 9:30 am<br>PLACE: Roybal Building<br>Courtroom 1545 15th Floor<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO DEBTOR, DEBTOR'S ATTORNEY, AND INTERESTED PARTIES:**

**NOTICE IS HEREBY GIVEN that the confirmation hearing for the referenced case has been continued. The hearing will occur at the time and place listed above.**

**Dated: 10/15/26**

**Kathy A. Dockery, Chapter 13 Trustee**