**KATHY A. DOCKERY**
**CHAPTER 13 TRUSTEE**
**400 CORPORATE POINTE SUITE 420**
**CULVER CITY, CA 90230**
**PHONE: (213) 996-4400**
**FAX: (213) 996-4426**

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**CHRISTOPHER SCOTT FORD**<br><br>DEBTOR(S). | Case No: 2:26-bk-12720-NB<br><br>CHAPTER 13<br><br>**PROOF OF SERVICE OF NOTICE OF CONTINUED CONFIRMATION HEARING**<br><br>Docket # (37) |

| In re: **CHRISTOPHER SCOTT FORD** | CHAPTER: 13<br>CASE NUMBER: **2:26-bk-12720-NB** |
|---|---|

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

801 S. Figueroa Street, Suite 1850
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**NOTICE OF CONTINUED CONFIRMATION HEARING**", Docket # (37) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/15/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

[X] Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ____________, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

[ ] Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 10/15/26, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

[X] Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/15/26 | Katherine Bamaca | *Katherine Bamaca* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: **CHRISTOPHER SCOTT FORD** | CHAPTER: 13<br>CASE NUMBER: **2:26-bk-12720-NB** |
|---|---|

**Service List**

## Notice of Electronic Filing Service

| | |
|---|---|
| Sanaz Sarah Bereliani | berelianilaw@gmail.com;chris@berelianilaw.com;r48595@notify.bestcase.com |
| United States Trustee (LA) | ustpregion16.la.ecf@usdoj.gov |
| Shane Hicks | shicks@zwickerpc.com |
| David S Hagen | davidhagenlaw@gmail.com;LawOfficesofDavidSHagenCA1@jubileebk.net |
| Kurt Ramlo | RamloLegal@gmail.com;kr@ecf.courtdrive.com;ramlo@recap.email |

**Email Service**

| | |
|---|---|
| Christopher Scott Ford<br>butterloveandhardwork@gmail.com | BERELIANI LAW FIRM, PC |